FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 13 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23 CR 855 WJ |
| vs. | ) 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of Ammunition. |
| **MIGUEL A. MARQUEZ-ENRIQUEZ,** | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about December 23, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **MIGUEL A. MARQUEZ-ENRIQUEZ**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) aggravated assault with a deadly weapon,

(2) criminal damage to property,

(3) armed robbery,

(4) unlawful taking of a motor vehicle,

(5) attempted receipt of stolen property, and

(6) attempted tampering with evidence

knowingly possessed ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **MIGUEL A. MARQUEZ-ENRIQUEZ**, shall forfeit to the United States, pursuant to 18

U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. approximately seven 9mm bullets recovered by law enforcement from the defendant on December 23, 2022, and

b. a Glock-type 9mm pistol, unknown manufacturer, bearing no serial number, recovered by law enforcement on December 23, 2022.

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney